UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Shawn Jenkins

         Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -MJ- 9915 (UA)

Defendant ___Shawn Jenkins_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_ Bail/Detention Hearing

___ Conference Before a Judicial Officer


/s/ Shawn Jenkins
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Shawn Jenkins
Print Defendant's Name

/s/ Jonathan Marvinny
Defendant's Counsel's Signature

Jonathan Marvinny
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

29 Oct 2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge

SDNY
CJA 23
(Rev. 3/20)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify below)*

IN THE CASE OF: U.S. v. Jenkins
FOR:
AT:

LOCATION NUMBER:

PERSON REPRESENTED *(Show your full name)*: Shawn Jenkins

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other *(Specify)*

DOCKET NUMBERS
Magistrate Judge: 20-9915
District Court:
Court of Appeals:

CHARGE/OFFENSE *(describe if applicable & check box →)*: 18 USC 844(f)
☒ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☐ No ☒ Self-Employed
Name and address of employer: Odd jobs--walking dogs, painting, etc.
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____
If married, is your spouse employed? ☐ Yes ☒ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No

| RECEIVED | SOURCES |
|---|---|
| $ 2,400.00 | Food stamps |
| $ 800.00 | Cash assistance |
| $ | |

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, total amount? $ 250.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

| VALUE | DESCRIPTION |
|---|---|
| $ | |
| $ | |
| $ | |
| $ | |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ✓ Single
Total No. of Dependents: 4
List persons you actually support and your relationship to them: 4 minor daughters

**DEBTS & MONTHLY BILLS** *(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Groceries | $ | $ 200.00 |
| Cell phone | $ | $ 50.00 |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Shawn Jenkins
Date: 10/29/2020

Jonathan Marvinny (FD)
FD/CJA/RET. ATTORNEY (PRINT)

Mitzi S. Steiner
ASSISTANT UNITED STATES ATTORNEY (PRINT)

☒ APPROVED ☐ DENIED
SIGNATURE OF JUDICIAL OFFICER
DATE: 29 Oct 2020